**Opinion issued July 17, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-26-00735-CV

———————————

## IN RE RAILCREW XPRESS, LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On July 16, 2026, relator, Railcrew Xpress, LLC, filed a petition for writ of mandamus challenging the trial court's June 30, 2026 "Order Denying [Relator's] Motion to Bifurcate."[1] In connection with its petition for writ of mandamus, relator also filed a "Motion for Temporary Relief and Stay." In the motion, relator

---

[1] The underlying case is *Justin Roth v. Kirby Inland Marine, LP, Kirby Corporation, and Railcrew Xpress, LLC*, Cause No. 2025-33767, in the 190th District Court of Harris County, Texas, the Honorable Beau A. Miller presiding.

requested that the Court stay its obligation to respond to written discovery requests, which were due on July 17, 2026, pending the Court's review of relator's petition for writ of mandamus.

We conclude that relator has failed to establish it is entitled to mandamus relief, and therefore, the Court denies relator's petition for writ of mandamus. We dismiss any pending motions, including relator's "Motion for Temporary Relief and Stay," as moot.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.